UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPHONE LUZON, | ) | Case No. CV 07-1948-PJW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO SHOW CAUSE AS TO WHY |
| v. | ) | ACTION SHOULD NOT BE DISMISSED |
| | ) | WITH PREJUDICE FOR FAILURE TO |
| MICHAEL J. ASTRUE, | ) | PROSECUTE |
| COMMISSION OF THE | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

In October 2007, Plaintiff was ordered to file a brief in this case no later than December 11, 2007. Plaintiff has failed to do so, nor has she requested an extension of time. The Court hereby orders that Plaintiff appear on **February 4, 2008, at 1:30 p.m.** and show cause why this case should not be dismissed for failure to prosecute.

IT IS SO ORDERED

DATED:   January  16 , 2008.

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\LUZON, J 1948\OSC_not dismiss.wpd