UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE LUZON,               )<br>                               )<br>          Plaintiff,           )<br>                               )<br>     v.                        )<br>                               )<br>MICHAEL J. ASTRUE,             )<br>COMMISSIONER OF THE            )<br>SOCIAL SECURITY ADMINISTRATION,)<br>                               )<br>          Defendant.           )<br>_____)| Case No. CV 07-1948-PJW<br><br>J U D G M E N T |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:     2/13/08                  .

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\LUZON, J 1948\Judgment.wpd